| United States Bankruptcy Court | VOLUNTARY |
|---|---|
| Massachusetts | PETITION |

| IN RE: (Name of debtor - if individual, enter: Last, First, Middle)<br>**Anderson, Shawn P.** | NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle) |
|---|---|
| ALL OTHER NAMES used by debtor in the last 6 years (include married, maiden, and trade names) | ALL OTHER NAMES used by joint debtor in the last 6 years (inc. married, maiden, and trade name |
| SOC. SEC./TAX I.D. NO. (if more than one, state all)<br>**034 52 0975** | SOC. SEC. I.D. NO. (if more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**50 1/2 Whittier Street**<br>**Andover, MA 01810** | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state and zip code) |
| COUNTY OF RESIDENCE/BUSINESS: **Essex** | COUNTY OF RESIDENCE/BUSINESS: |
| MAILING ADDRESS OF DEBTOR (if different from street address) | MAILING ADDRESS OF JOINT DEBTOR (if different from street address) |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from addresses above) | VENUE (Check one box)<br>[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
|---|---|

| INFORMATION REGARDING DEBTOR (Check applicable boxes) | |
|---|---|

| TYPE OF DEBTOR (Check one box)<br>[X] Individual<br>[ ] Joint (Husband & Wife)<br>[ ] Partnership<br>[ ] Other _____<br><br>NATURE OF DEBT (Check one box)<br>[X] Non-Business/Consumer<br><br>A. TYPE OF BUSINESS (Check one box) | CHAPTER OR SECTION OF BANKRUPTCY CODE FOR PETITION<br>[X] Chapter 7  [ ] Chapter 11  [ ] Chapter 13<br>[ ] Chapter 9  [ ] Chapter 12  [ ] Sec. 304 |

TYPE OF DEBTOR (Check one box)
[X] Individual       [ ] Corporation Publicly Held
[ ] Joint (Husband & Wife)   [ ] Corporation Not Publicly Held
[ ] Partnership      [ ] Municipality
[ ] Other _____

CHAPTER OR SECTION OF BANKRUPTCY CODE FOR PETITION
[X] Chapter 7    [ ] Chapter 11    [ ] Chapter 13
[ ] Chapter 9    [ ] Chapter 12    [ ] Sec. 304

NATURE OF DEBT (Check one box)
[X] Non-Business/Consumer    [ ] Business - Complete A&B below

SMALL BUSINESS (Chapter 11 only)
[ ] Debtor is a small business as defined in 11 U.S.C.    101.
[ ] Debtor is and elects to be considered a small business under 11 U.S.C.    1121(e). (opt'l)

A. TYPE OF BUSINESS (Check one box)
[ ] Farming      [ ] Transportation      [ ] Commodity Broker
[ ] Professional   [ ] Manufacturing/      [ ] Construction
[ ] Retail/Wholesale      Mining         [ ] Real Estate
[ ] Railroad     [ ] Stockbroker      [ ] Other Business

FILING FEE (Check one box)
[X] Filing fee attached
[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b); see Official Form No. 3

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
**James A. Cutelis, Esq.**
**1147 Main Street, Unit 104**
**Tewksbury, MA 01876**

Telephone No.   **(978)851--8200**
NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR
**James A. Cutelis 543903**

STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C.    604)
(Estimates only) (Check applicable check boxes)

[ ] Debtor is not represented by an attorney. Telephone No. of Debtor not represented by an attorney:

THIS SPACE FOR COURT USE ONLY

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED ASSETS (in thousands of dollars)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED LIABILITIES (in thousands of dollars)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-499 | 500-over |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

U.S. BANKRUPTCY COURT WORCESTER, MA    FILED    IN
CLERK'S OFFICE    2004 JUN 16  P 12: 50

FORM 1. VOLUNTARY PETITION - Page 2                    Name of Debtor: Anderson, Shawn P.

Case Number: _____

| FILING OF PLAN |
|---|
| For Chapter 9, 11, 12 and 13 cases only. Check appropriate box. |
| [  ] A copy of debtor's proposed plan dated    is attached.          [  ] Debtor intends to file a plan within the time allowed by statute, rule, or order of the court. |

| PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one , attach additional sheet) | | |
|---|---|---|
| Location Where Filed NONE | Case Number | Date Filed |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one , attach additional sheet) | | |
|---|---|---|
| Name of Debtor NONE | Case Number | Date |
| Relationship | District | Judge |

**REQUEST FOR RELIEF**

Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**SIGNATURES**

| ATTORNEY | |
|---|---|
| X _____ James A. Cutelis | 5/28/04 _____ Date |

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. |
| X _____ Shawn P. Anderson | X   Not Applicable Signature of Authorized Individual |
| Date   5/28/04 | Print or Type Name of Authorized Individual |
| X   Not Applicable Signature of Joint Debtor | Title of Individual Authorized by Debtor to File this Petition |
| Date | Date |
|  | If the debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition. |

| TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353   322) | CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C.   110) |
|---|---|
| I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title. | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.   110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. |
| If I am represented by an attorney, Exhibit "B" has been completed. |  |
| X _____   5/28/04 Shawn P. Anderson           Date | Printed or Typed Name of Bankruptcy Petition Preparer |
| X   Not Applicable Signature of Joint Debtor           Date | Social Security Number |
|  | Address ( )   - Telephone |

| EXHIBIT "B" | Name and Social Security number of all other individuals who prepared or assisted in preparing this document: |
|---|---|
| (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.) |  |
| I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter. | If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person. |
|  | X   Not Applicable Signature of Bankruptcy Petition Preparer |
| X _____   5/28/04 James A. Cutelis           Date | A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C.   110; 18 U.S.C.   156. |

UNITED STATES BANKRUPTCY COURT

Massachusetts

In re: Anderson, Shawn P.
034 52 0975

Case No. _____
Chapter 7

SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | 0.00 | | |
| B - Personal Property | YES | 2 | 17,350.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | 12,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | 455,619.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | 2,879.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | 2,828.00 |
| Total Number of sheets in ALL Schedules » | | 16 | | | |
| Total Assets » | | | 17,350.00 | | |
| Total Liabilities » | | | | 467,619.00 | |

In re: Anderson, Shawn P.                                      Case No. _____
034 52 0975

SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| none | | | 0.00 | 0.00 |

TOTAL »  | 0.00 |

Schedule A - Page 1

In re: Anderson, Shawn P.                                    Case No. _____
034 52 0975

### SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | cash on hand | | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | Sovereign Bank - checking account | | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | NONE | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | Household Furniture | | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | NONE | | 0.00 |
| 6. Wearing apparel. | Personal clothing | | 750.00 |
| 7. Furs and jewelry. | NONE | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | NONE | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | NONE | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | NONE | | 0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | NONE | | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | NONE | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | NONE | | 0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | NONE | | 0.00 |
| 15. Accounts Receivable. | NONE | | 0.00 |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | NONE | | 0.00 |
| 17. Other liquidated debts owing debtor including tax refunds. Give details. | NONE | | 0.00 |

In re: Anderson, Shawn P.
034 52 0975

Case No. _____

### SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | NONE | | 0.00 |
| 19. Contingent and non-contingent interest in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | 0.00 |
| 20. Other contingent and unliquidated claims of any nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | NONE | | 0.00 |
| 21. Patents, copyrights, and other intellectual property. Give estimated value of each. | NONE | | 0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | NONE | | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | 2002 Olds Bravada | | 14,000.00 |
| 24. Boats, motors, and accessories. | NONE | | 0.00 |
| 25. Aircraft and accessories. | NONE | | 0.00 |
| 26. Office equipment, furnishings, and supplies. | NONE | | 0.00 |
| 27. Machinery, fixtures, equipment, and supplies. | NONE | | 0.00 |
| 28. Inventory. | NONE | | 0.00 |
| 29. Animals. | NONE | | 0.00 |
| 30. Crops - growing or harvested. Give particulars. | NONE | | 0.00 |
| 31. Farming equipment and implements. | NONE | | 0.00 |
| 32. Farm supplies, chemicals, and feed. | NONE | | 0.00 |
| 33. Other personal property of any kind not already listed. Itemize. | NONE | | 0.00 |

TOTAL »  17,350.00

In re: Anderson, Shawn P.
    034 52 0975

Case No. _____

### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

[X] 11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

[ ] 11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 2002 Olds Bravada | 11 USC § 522(d)(2) | 2,000.00 | 14,000.00 |
| Household Furniture | 11 USC § 522(d)(3) | 2,000.00 | 2,000.00 |
| Personal clothing | 11 USC § 522(d)(5) | 750.00 | 750.00 |
| Sovereign Bank – checking account | 11 USC § 522(d)(5) | 500.00 | 500.00 |
| cash on hand | 11 USC § 522(d)(5) | 100.00 | 100.00 |

TOTALS BY EXEMPTION LAW

| EXEMPTION LAW | HUSBAND | WIFE | JOINT | COMMUNITY | EXEMPTION TOTAL | MARKET VALUE TOTAL |
|---|---|---|---|---|---|---|
| 11 USC § 522(d)(2) | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 14,000.00 |
| 11 USC § 522(d)(3) | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |
| 11 USC § 522(d)(5) | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 | 1,350.00 |

In re: Anderson, Shawn P.
034 52 0975

Case No. _____

**Schedule D - Creditors Holding Secured Claims**

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | CLAIM DATE, NATURE OF LIEN, DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 423097716<br><br>Americredit<br>Box 78143<br>Phoenix, AZ 85062 | NO | | 2003<br>Security Agreement<br><br>2002 Olds Bravada<br><br>VALUE $    14,000.00 | | 12,000.00 | 0.00 |

Subtotal» (Total of this page)    12,000.00

TOTAL »    12,000.00

Schedule D - Page 1 of 1

In re: Anderson, Shawn P.
       034 52 0975

Case No. _____

Schedule E - Creditors Holding Unsecured Priority Claims

[X]   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

Types of Priority

[ ] Extensions of credit in an involuntary case

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement
   of the case but before the earlier appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

[ ] Wages, salaries, and commissions

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and
   commissions owing to qualifying independent sales representatives, up to a maximum of $4000* per person,
   earned within 90 days immediately preceding the filing of the original petition, or the cessation of
   business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ] Contributions to employee benefit plans

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing
   of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
   11 U.S.C. § 507(a)(4).

[ ] Certain farmers and fishermen

   Claims of certain farmers and fishermen, up to a maximum of $4000* per farmer or fisherman, against the
   debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ] Deposits by individuals

   Claims of individuals up to a maximum of $1800* for deposits for the purchase, lease, or rental of property
   or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. §
   507(a)(6).

[ ] Alimony, Maintenance, or Support

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the
   extent provided in 11 U.S.C. § 507(a)(7).

[ ] Taxes and Other Certain Debts Owed to Governmental Units

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in
   11 U.S.C. 5 507(a)(8).

[ ] Commitments to Maintain the Capital of an Insured Depository Institution

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of
   the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to
   maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

[ ] Other Priority Debts

In re: Anderson, Shawn P.         Case No. _____
      034 52 0975

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 611161<br><br>ANB-BP<br>P.O. Box 15687<br>Wilmington, DE 19850 | NO | | 1986-2000<br><br>consumer credit debt | | 250.00 |
| ACCOUNT NO. 170937<br><br>Ameristar Financial Co<br>1795 N. Butterfield Rd<br>Libertyville, IL 60048 | NO | | 1997-2001<br><br>consumer credit | | 12,600.00 |
| ACCOUNT NO. CG5410010397<br><br>Brooks Bros/MCCBG<br>P.O. Box 29116<br>Shawnee Mission, KS   GG201 | NO | | 1986-2002<br><br>consumer credit debt | | 1,300.00 |
| ACCOUNT NO. 02 11SP 117<br><br>Carlo Cellai, Esq. for Nrthest Dvlp<br>76 Canal Street, Suite 402<br>Boston, MA 02114 | NO | | 1996-2002<br><br>contract judgmeny for Northeastern Development corp. v. Shawn Anderson | | 9,410.00 |
| ACCOUNT NO. 4970937<br><br>Chase<br>900 Stewart Ave., F13<br>Garden City, NY 11530 | NO | | 1997-2000<br><br>consumer credit debt | | 22,000.00 |
| ACCOUNT NO. 4970937<br><br>Chase<br>900 Stewart Ave<br>Garden City, NY 11530 | NO | | 1997-2001<br><br>consumer credit card debt – car lease | | 12,656.00 |
| ACCOUNT NO.<br><br>Chase Manhattan Bnk c/o Schreiber<br>99 Rosewood Drive<br>Danvers, MA 01923 | NO | | 2001<br><br>consumer credit card debt | | 7,744.00 |

Subtotal »
(Total of this page)     65,960.00

In re: Anderson, Shawn P.                                    Case No. _____
      034 52 0975

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 5260210081453<br><br>Chase NA<br>100 Duffy Ave<br>Hicksville, NY 11801 | NO | | 1983-2001<br><br>consumer credit debt | | 7,193.00 |
| ACCOUNT NO. 4128003349678<br><br>Citibank VISA<br>Box 6500<br>Sioux Falls, SD 57117 | NO | | 1992-1999<br><br>consumer credit debt | | 2,420.00 |
| ACCOUNT NO. 412800334967<br><br>Citicards CBSDNA<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | NO | | 1992-2002<br><br>consumer credit card debt | | 2,700.00 |
| ACCOUNT NO. 3093703<br><br>Commerce Ins. c/o Associated Credit<br>P.O. Bax 5171<br>Westboro, MA  01581 | NO | | 1998-2003<br><br>consumer credit - insurance | | 375.00 |
| ACCOUNT NO. 6011001010000<br><br>Discover Financial Services<br>P.O. Box 15316<br>Wilmington, DE 19850 | NO | | 1986-2001<br><br>consumer credit card debt | | 11,042.00 |
| ACCOUNT NO. JHA225<br><br>FMC-Omaha Service<br>P.O. Box 54200<br>Omaha, NE 68154 | NO | | 1999-2003<br><br>auto loan | | 31,000.00 |
| ACCOUNT NO. R00016911<br><br>Filenes<br>70 Franklin Street<br>Boston, MA 02122 | NO | | 1986-2002<br><br>consumer credit card debt | | 2,270.00 |

Subtotal »<br>(Total of this page)    57,000.00

In re: Anderson, Shawn P.                                    Case No. _____
       034 52 0975

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 11112760<br><br>Financial Management Control Inc.<br>1909 Tyler Street, 6th Flr<br>Holywood, FL 33020 | NO | | 1995-2000<br><br>consumer credit card debt | | 12,670.00 |
| ACCOUNT NO. 700129<br><br>First Essex Bank FSB<br>296 Essex Street<br>Lawrence, MA 01840 | NO | | 1996-1999<br><br>consumer credit debt | | 15,875.00 |
| ACCOUNT NO. 700083<br><br>First Essex Bank FSB<br>296 Essex Street<br>Lawrence, MA 01840 | NO | | 1995-1997<br><br>consumer credit debt | | 25,000.00 |
| ACCOUNT NO. 1697<br><br>Fleet National Bank<br>15 Westminster Street<br>Providence, RI 02903 | NO | | 1991-2001<br><br>consumer credit debt | | 5,000.00 |
| ACCOUNT NO. JHA2253<br><br>Ford Motor Credit Corp.<br>4 Bedford Farms<br>Bedford, NH 03110 | NO | | 1999-2000<br><br>auto consumer credit debt | | 31,631.00 |
| ACCOUNT NO. 14002760<br><br>Haverhill COOP Bank<br>180 Merrimack Street<br>Haverhill, MA 01830 | NO | | 1998-2001<br><br>consumer credit debt | | 95,000.00 |
| ACCOUNT NO. 1420000287<br><br>Haverhill COOP Bank<br>180 Merrimack Street<br>Haverhill, MA 01830 | NO | | 1996<br><br>consumer credit debt | | 15,000.00 |

Subtotal »          200,176.00
(Total of this page)

In re: Anderson, Shawn P.                                    Case No. _____
034 52 0975

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hayes Engineering<br>603 Salem Street<br>Wakefield, MA 01880 | NO | | 1995-2003<br>engineering services | | 5,000.00 |
| ACCOUNT NO.<br>LaPlume Excavating, Inc.<br>109 Lawrence Street<br>Haverhill, MA 01830 | NO | | 1995-2002<br>contract for excavation services | | 12,000.00 |
| ACCOUNT NO.<br>Laplume Excavating c/o Atty Nahil<br>4 Merrimac Square<br>Merrimac, MA 01860 | NO | | 1996-2002<br>contract for excavation | | 12,000.00 |
| ACCOUNT NO. 5490993231002<br>MBNA America Bank NA<br>400 Christiana Road<br>Newark, DE 19713 | NO | | 1997-2002<br>consumer credit card debt | | 9,273.00 |
| ACCOUNT NO. 5490993231002447<br>MBNA America c/o NCO Financial Syst<br>P.O. 41448<br>Philadelphia, PA 19101 | NO | | 1995-2000<br>consumer credit card debt | | 11,417.00 |
| ACCOUNT NO. 20040003.00<br>MacMillan Law Offices c/o Day Law O<br>P.O. Box 1330<br>Haverhill, MA 01831 | NO | | 1998-2003<br>cliam for legal services<br>1998-2003 | | 13,500.00 |
| ACCOUNT NO. 4201409477<br>Macys East/FDSB<br>9111 Duke Drive<br>Mason, OH 45040 | NO | | 2000-2001<br>consumer credit debt | | 650.00 |

Subtotal »
(Total of this page)                                          63,840.00

In re: Anderson, Shawn P.                                 Case No. _____
034 52 0975

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 86301<br>Mass Elec c/o Stevens Business Srvc<br>176 Church Street<br>Lowell, MA 01852 | NO | | 1998-2002<br>consumer utility services | | 200.00 |
| ACCOUNT NO. 200318SC000398<br>May Natnl Bnk of Ohio – Filenes<br>426 Washington Street<br>Boston, MA 02108-5202 | NO | | 1998-2004<br>consumer credit card debt now a small claims judgment | | 450.00 |
| ACCOUNT NO. NCO ASSIGN 436<br>NCO Financial Group<br>507 Prudential Road<br>Horsham, PA 19044 | NO | | 1991-2003<br>consumer credit debt | | 11,500.00 |
| ACCOUNT NO. QS8568<br>NCO Financial Systems Inc.<br>P.O. Box 41448<br>Phiadelphia, PA 19101 | NO | | 1995-2000<br>consumer credit card debt | | 11,417.00 |
| ACCOUNT NO. 345209<br>Nellie Mae/AFSA<br>501 Bleecker Street<br>Utica, NY 13501 | NO | | 1983-1999<br>cconsumer credit debt | | 5,000.00 |
| ACCOUNT NO. 02 11SP 117<br>Northeastern Dvlpmt Corp. c/o Cella<br>76 Canal Street, Suite 402<br>Boston, MA 02114 | NO | | 1996-2002<br>contract debt | | 17,410.00 |
| ACCOUNT NO. DISCOVER - 137<br>Performance Capital c/o New Vision<br>13 Triangle Park Dr., #1302<br>Cincinnati, OH 45246 | NO | | 1990-2003<br>consumer credit card debt | | 1,440.00 |

Subtotal »                47,417.00
(Total of this page)

In re: Anderson, Shawn P.                                          Case No. _____
    034 52 0975

Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 0211CV434<br><br>Schreiber and Associates, Inc.<br>P.O. Box 210<br>Danvers, MA  01923 | NO | | 2002<br><br>auto loan judgment–Ford Motor Credit | | 7,255.00 |
| ACCOUNT NO. 99D 0099<br><br>Thomas K. MacMillan<br>P.O. Box 5279<br>Bradford, MA 01835-0279 | NO | | 1998–2003<br><br>legal services | | 13,171.00 |
| ACCOUNT NO. 123766765<br><br>VoiceStream Wireless<br>12920 S.E. 38th Street<br>Bellvue, Wash  98066 | NO | | 2001–2004<br><br>wireless telephone services | | 800.00 |

Subtotal »
(Total of this page)

| | |
|---|---|
| Subtotal »<br>(Total of this page) | 21,226.00 |
| TOTAL » | 455,619.00 |

In re: Anderson, Shawn P.                                    Case No. _____
       034 52 0975

Schedule G - Executory Contracts and Unexpired Leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| NONE | |

Schedule G - Page 1

In re: Anderson, Shawn P.                          Case No. _____
034 52 0975

## SCHEDULE H - CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NONE | |

Schedule H - Page 1

In re: Anderson, Shawn P.
034 52 0975

Case No. _____

Schedule I - Current Income of Individual Debtor(s)

| Debtor's Marital Status: single | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age: 44<br>Spouse's Age: | NAMES<br>Hannah<br>Ryan<br>shawn | AGE<br>13<br>8<br>11 | RELATIONSHIP<br>daughter<br>son<br>son |
| EMPLOYMENT: | DEBTOR | SPOUSE | |
| Occupation | administration | | |
| How long employed | 2 years | | |
| Name and Address of Employer | Spirit of New England Baseball Club<br>87 Main Street<br>North Reading, MA 01864 | | |

Income: (Estimate of average monthly income)

|  | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 4,038.00 | $ |
| Estimated monthly overtime | $ | 0.00 | $ |
| SUBTOTAL | $ | 4,038.00 | $ |
| LESS PAYROLL DEDUCTIONS | | | |
| a.) Payroll taxes and social security | $ | 1,074.00 | $ |
| b.) Insurance | $ | 85.00 | $ |
| c.) Union dues | $ | 0.00 | $ |
| d.) Other () | $ | 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,159.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,879.00 | $ |
| Regular income from operation of business, profession or farm (attach detailed statement) | $ | 0.00 | $ |
| Income from real property | $ | 0.00 | $ |
| Interest and dividends | $ | 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ |
| Social security or other government assistance (Specify) | $ | 0.00 | $ |
| Pension or retirement income | $ | 0.00 | $ |
| Other monthly income (Specify) | $ | 0.00 | $ |
| TOTAL MONTHLY INCOME | $ | 2,879.00 | $ |

TOTAL COMBINED MONTHLY INCOME    $    2,879.00

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

NONE

In re: Anderson, Shawn P.                                    Case No. _____
034 52 0975

Schedule J - Current Expenditures of Individual Debtor(s)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household.
    Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 550.00 |
|     Are real estate taxes included?   [ ] Yes   [X] No | | |
|     Is property insurance included?   [ ] Yes   [X] No | | |
| | | |
| Utilities:    Electricity and heating fuel | $ | 60.00 |
|        Water and sewer | $ | 0.00 |
|        Telephone | $ | 40.00 |
|        Other: | $ | 0.00 |
| | | |
| Home Maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 500.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 25.00 |
| Medical and dental expenses | $ | 60.00 |
| Transportation (not including car payments) | $ | 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | | |
|        Homeowner's or renter's | $ | 0.00 |
|        Life | $ | 0.00 |
|        Health | $ | 0.00 |
|        Auto | $ | 100.00 |
|        Other: | $ | 0.00 |
| | | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments (In chapter 12 & 13 cases, do not list payments to be included in the plan) | | |
|        Auto | $ | 318.00 |
|        Other: | $ | 0.00 |
| | | |
| Alimony, maintenance, and support paid to others | $ | 820.00 |
| Payments for support of additional dependents not living at your home | $ | 30.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed stmt) | $ | 0.00 |
| Other: | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)          $    2,828.00

(FOR CHAPTER 12 and 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly,
annually, or at some other regular interval.
A. Total projected monthly income
B. Total projected monthly expenses
C. Excess income (A minus B)
D. Total amount to be paid into plan each

In re: Anderson, Shawn P.                                    Case No. _____
        034 52 0975                                          Chapter 7


                    Declaration Concerning Debtor's Schedules


            DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   16 sheets plus
the summary page, and that they are true and correct to the best of my knowledge, information and belief.



Date _____5/28/09_____          Signature _____
                                                Shawn P. Anderson


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


                    DECLARATION UNDER PENALTY OF PERJURY

                ON BEHALF OF CORPORATION OR PARTNERSHIP



                        (NOT APPLICABLE)


Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C § 152 and 3571.

UNITED STATES BANKRUPTCY COURT

Massachusetts

In re: Anderson, Shawn P.
034 52 0975

Case No. _____
Chapter 7

Chapter 7 Individual Debtor's Statement of Intention

1.  I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  My intention with respect to the property of the estate which secures those consumer debts is as follows:

| A.   Property to Be Surrendered. | |
| --- | --- |
| Description of Property | Creditor's name |
| 1.  NONE | |

| B.   Property to Be Retained. | | | | |
| --- | --- | --- | --- | --- |
| Description of property | Creditor's name | Debt will be reaffirmed pursuant to §524(c) | Property is claimed as exempt and will be redeemed pursuant to §722 | Lien will be avoided pursuant to §522(f) and property will be claimed as exempt |
| 1.  ▓▓▓ 2002 Olds Branda | Amencredit Box 78143 Phoenix AZ 85062 | ✔ | | |

3. I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Dated: ___5/28/04___                    Signed: _Shawn P. Anderson_____
                                                Shawn P. Anderson

Form 8: Individual Debtor's Statement of Intention - Page 1

UNITED STATES BANKRUPTCY COURT

Massachusetts

In re: Anderson, Shawn P.
034 52 0975

Case No. _____
Chapter 7

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

None
[ ]

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|--------|--------|--------------------|
| 113,000.00 | New England Spirit 03/04 $48,000 for 2003 and $20,000 for 2004 Merrimack College 2002 $35,000.00 Budweiser Distribution 2002/2003 10,000 | 2002/May 2004 |

None
[X]

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

**3. Payments to creditors**

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

4. Suits and administrative proceedings, executions, garnishments and attachments

None
[ ]
    a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Diane M. Anderson v. Shawn P. Anderson 99D0099 | Divorce Proceeding | Middlesex Probate Court 208 Cambridge Street Cambridge, MA 02141 | Judgment for Atty MacMillan 7500.00 |
| Ford Motor Credit Company v. Shawn Anderson 02 cv 434 | civil debt collection | Lowell District Court 41 Hurd Street Lowell, MA 01852 | Judgment for Ford Motor 7255.00 |
| LaPlume Excavating Inc. v. Shawn Anderson 010217 | civil debt collection on contract | Haverhill District Court P.O. Box 1389 Haverhill, MA 01831 | judgment for plaintiff $12,000 |
| May National Bank of Ohio - Filenes v. Shawn Anderson 2003 sc 0398 | civil debt collection | Lawrence District Court 2 Appleton Street Lawrence, MA 01840 | judgment for plaintiff for 454.00 |
| Northeastern Development Corp. v. Shawn Anderson 02 sp 117 | civil debt collection based on 1996 judgment for 9410.00 | Lowell District Court 41 Hurd Street Lowell, MA 01852 | Judgment for plaintiff 9410.00 |

None
[X]
    b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

5. Repossessions, foreclosures and returns

None
[X]
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

6. Assignments and receiverships

None
[X]
    a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None
[X]

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None
[X]

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None
[ ]

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James Cutelis, Esq. 1147 Main Street #104 Tewksbury, MA 01876 | 900.00  for chapter 7 bankruptcy April/May 2004 | 900.00 |

### 10. Other transfers

None
[X]

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 11. Closed financial accounts

None
[X]

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None
[X]

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

None
[X]

**15. Prior address of debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____5/28/04_____          Signature _____
                                              Shawn P. Anderson

Statement Of Financial Affairs - Page 4

UNITED STATES BANKRUPTCY COURT

Massachusetts

In re: Anderson, Shawn P.              Case No.
       034 52 0975                     Chapter 7

STATEMENT OF ATTORNEY FOR PETITIONER

PURSUANT TO BANKRUPTCY RULE 2016(b)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a) for legal services rendered or to be rendered in contemplation of and in connection
        with this case                                               $_____ 691.00

    (b) prior to filing this statement, debtor(s) have paid           $_____ 691.00

    (c) the unpaid balance due and payable is                $_____ 0.00

(3) $_____ 209.00 of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

    (a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining
        whether to file a petition under Title 11, United States Code.

    (b) Preparation and filing of the petition, schedules of assets and liabilities, statement of affairs, and
        other documents required by the court.

    (c) Representation of the debtor(s) at the first meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
services performed, and *

    NONE

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if
any, will be from earnings, wages and compensation for services performed, and

    NONE

(7) The undersigned have not shared or agreed to share, with any other person, other than with members of their
law firm or corporation, any compensation paid or to be paid except as follows:

    NONE

Dated: 5/28/04                    _____
                                      Attorney for Debtor(s)

* If a fee is paid by transfer of property or if security is taken, give details here and in appropriate section of
Schedules or Statement of Affairs.